ORIGinal

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ MAY 3 1 2013 ★

BROOKLYN OFFICE

-----------------------------------------------X

[Your Name],

Moises VARGAS Jr
          Plaintiff,

- against -

[Insert Names],

NYPD.     Defendants.
-----------------------------------------------X

COMPLAINT

yes Jury By Trial
Trial By Jury

**Jury Trial Demanded**

CV13NES J3188

LEVY, M.J.

I.    Parties:

Plaintiff Noises Vargos resides at    191 Roff St SI 10304

Defendant N.Y.P.D , resides at    120 Pct

Defendant _____, resides at _____

II.    The jurisdiction of the Court is invoked pursuant to ~~Sate~~ Federal

III.    Statement of Claim. [give a clear and concise statement of facts: where the claim arose, the
       date of each relevant event, a description of what occurred and how each defendant named
       was involved in the claim] False Arrest
       ALL For All charges humiliation Over 60 hrs no
       Medical Treatment, Discrimination. in preference Considering the
       The other Person' who was caucasian already with cuffs

IV.    Remedy. State what relief, such as money damages, you seek from each defendant. Continue on attch paper !!

$1,000.000 -

I also would like FOR these
Officers involved to be Transfered from
the 120 pct

5-18-2013
Date

Moisus Vargas Jr.
Sign Your Name

718 448-3607
Telephone Number

There were approximately 15 Uniformed Police Officers. (I'm puerto Rican) I was on the Phone with the 911 Operator a black unmarked car pulled Over to the other Caucasion Person, this Person in reference pulled His wallet and Showed the Officers a Business Card and they Immediately Took His Cuffs Off and placed it on me, I was on private Property defending the Property and Myself against a Tresspasor that Personally wanted to cause me bodily harm Knowing my condition which is a hernated Disc with Arthertis in between Dics. of my Spinal Cord I was Arrested, and I begged and cried To Take me to the Hospital for Medical Treatment The Officers Started to Laugh and refused to Take Me, One Officer Made a Comment, You Should not get into these Situation, It passed. Over 60 hours before I was Taken for Medical Treatment. My First Appearance in court The Judge Considered release on R&R, The An Officers and the Prosecutor Insist that I had a Bench warrant from 1984 from the Bronx, I was Taken to the Bronx I went to courtroom it was dismissed and was Never Never informed of my charges on the warrant and was incarsarated.

# New York State Unified Court System

## WebCrims

## Case Details - Charges

**CASE INFORMATION**

| | |
|---|---|
| Court: | **Richmond Criminal Court** |
| Case #: | **2012RI004612** |
| Defendant: | **Vargas, Moises** |

| Charge | Detail | Disposition/Sentence |
|---|---|---|
| PL 265.01 02 | **A Misdemeanor, 2 counts, Not an arrest charge, Arraignment charge** | |
| | Description:    *Crim Poss Weap-4th:Int To Use* | |
| PL 120.14 01 | **A Misdemeanor, 1 count, Not an arrest charge, Arraignment charge** | |
| | Description:    *Menacing 2nd - Weapon* | |
| PL 240.26 01 | **Violation, 1 count, Not an arrest charge, Arraignment charge** | |
| | Description:    *Harassment 2nd- Phy Contact* | |
| PL 120.00 01 | **A Misdemeanor, 1 count, Not an arrest charge, Arraignment charge** | |
| | Description:    *Aslt W/int Causes Phys Injury* | |
| PL 265.01 02 | **A Misdemeanor, 2 counts, Not an arrest charge, Arraignment charge** | |
| | Description:    *Crim Poss Weap-4th:Int To Use* | |
| PL 120.05 01 **\*\*TOP CHARGE\*\*** | **D Felony, 1 count, Not an arrest charge, Arraignment charge** | Dismissed |
| | Description:    *Aslt W/int Caus Serious Ph Inj* | |
| PL 145.00 01 | **A Misdemeanor, 1 count, Not an arrest charge, Arraignment charge** | |
| | Description:    *Crm Mis:Intnt Dmge Prprty* | |

Case Details - Appearances                                                                 Page 1 of 1

New York State Unified Court System

WebCrims

## Case Details - Appearances

### CASE INFORMATION

Court:     **Richmond Criminal Court**
Case #:    **2012RI004612**
Defendant: **Vargas, Moises**

| Date/ Part | Judge | Calendar Section | Arraignment/ Hearing Type | Court Reporter | Outcome Release Status |
|---|---|---|---|---|---|
| 06/05/2012 AP2 | | PENDING | No Type | | |
| 05/22/2012 AP1 | Meyer, A | PENDING | No Type | Ernst, | Case Continued (adjourned) - Temporary Order Of Protection Issued Bond $1,000 Cash $1,000 (Not Posted) |
| 05/19/2012 APAR4 | Dawson, J | PENDING | Pre-Arraignment Deposition Given | Perrotta, | Case Continued (adjourned) - Temporary Order Of Protection Issued Bond $5,000 Cash $5,000 (Not Posted) |

# CRIMINAL COURT OF THE CITY OF NEW YORK
## COUNTY OF RICHMOND

THE PEYPLE OF THE STATE OF NEW YORK,

-against-                                                     FELONY

1. MOISES VARGAS (M 47)

-defendant(s)-



6|5

2012R1004612

STATE OF NEW YORK )
                   ) ss.:
COUNTY OF RICHMOND )

PO Craig Spataro, shield # 14454 of the 120, deposes and says as follows

On 05-17-2012 at approximately 1136 hours at front of 212 Heberton, in Staten Island New York in the County of Richmond and State of New York, the defendant committed the offenses of:

1. P.L. 120.05(1)     Assault 2nd degree   D+5 5|4|12.
   (defendant #1, 1 count(s))
2. P.L. 265.01(2)     Criminal Possession of a Weapon 4th degree
   (defendant #1, 2 count(s))
3. P.L. 120.14(1)     Menacing in the Second Degree
   (defendant #1, 1 count(s))
4. P.L. 120.00(1)     Assault 3rd degree
   (defendant #1, 1 count(s))
5. P.L. 145.00(1)     Criminal Mischief 4th degree
   (defendant #1, 1 count(s))
6. P.L. 240.26(1)     Harassment 2nd degree
   (defendant #1, 1 count(s))

in that the defendant(s) did: with intent to cause serious physical injury to another person, he causes such injury to such person or to a third person; intentionally cause physical injury; intentionally place or attempt to place another person in reasonable fear of physical injury, serious physical injury or death by displaying a deadly weapon, dangerous instrument or what appears to be a pistol, revolver, rifle, shotgun, machine gun or other firearm; intentionally damage property of another person, while having no right to do so nor any reasonable ground to believe that he had such right; possess any dagger, dangerous knife, dirk, razor, stiletto, imitation pistol, or any other dangerous or deadly instrument or weapon with intent to use the same unlawfully against another; and with intent to harass, annoy or alarm another person struck, shoved, kicked or otherwise subjected such other person to physical contact, or attempted or threatened to do the same.

# JOHN M. MURPHY, JR., P.C.

## ATTORNEY AT LAW

3 Country Club Lane
Colts Neck, NJ 07722
Tel: (732) 739-4100
Fax: (732) 409-9992

60 Bay Street, Suite 711
Staten Island, NY 10301
Tel: (718) 442-4052
Fax: (718) 448-8685
Email: jmurphylaw@aol.com

JOHN M. MURPHY, JR.*
*ADMITTED NY AND NJ
NIKOLE PEZZULLO OF COUNSEL*

April 19, 2013

## RECEIPT

Total Amount for Legal Representation for Moises Vargas, Jr……...............................$2,000.00
$2,000.00 paid with cash.

John M. Murphy, Jr.
60 Bay Street, 7th Floor
Staten Island, New York 10301

## DOES NOT INCLUDE TRIAL FEES



2.12 Heberton Ave
SI NY 10302.
April 19th 2013.

To Whom it May Concern:
Please be advised that on May 17th 2012 Mr
Moises Vargas came to my home to do work
on my House. I took my Dog for His daily
Walk, upon returning I saw Police officers
outside, I inquired what was going on?
The Officers Informed me there was a fight
with Mr Vargas and another Man. I was
not a witness to this incident. Mr Vargas
was there with my Permission and consent.

Sincerely.
Marie Newman
MARIE NEWMAN.

Moises Vargas — i.
191 Roff St,
SI NY 10304.
MAY 18th, 2013.

RE: Ongoing Litigation Regarding the Above Named
Person:

TO WHOM IT MAY CONCERN:

Please be advised that Mr. Moises Vargas is writing
this letter along with attached Documents Stating
this Incident has happened previously, and was extremely
Traumatized, Due to this current Situation my
condition has worsened. I'm so afraid to even
leave my House or go outside, fearing I'll be
Sterotyped/ridiculed and Harrassed by Police
Officers, and getting arrested falsly for No
Valid reasons. I Am therefore Appealing to the
Authorities In charge to look into my case that
this situation will be corrected in an Amicable
Manner.

Sincerely,        Moises Vargas Jr.

102
)UNTY: BRONX

CRIMS APPEARANCE HISTORY
APPEARANCE DATES

04/18/2011
7004

PTION SELECTED: LAST 2 + NEXT APPEARANCES
IME: VARGAS,MOISES
ICN: 10383671  N          NYSID #: 04665710  L

DOCKET: 6X026695
ARREST #: B86202128

)5/23/2002 (OPEN)    AP2          JDG:FABRIZIO,R      RPTR:MCSHERRY,    MOT    DISM-DA

)4/19/2002 (OPEN)    AP2          JDG:FABRIZIO,R      RPTR:PALAU,    NT   C TOP
        PC

REMARKS: 1194756 $1000REF-7-11-02CCO
)MMAND:        MESSAGE: