UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

__Moises Vargas, Jr__--------x
[Your Name],

          Plaintiff,

  - against -

[Insert Names],

__City of New York__--------x
         Defendants.

**AMENDED**

COMPLAINT
13-CV- 3188 (SLT)(RML)

Jury Trial Demanded

I.   Parties:

    Plaintiff __Moises Vargas Jr__ resides at __191 Roff St  S.I. 10304__

    Defendant __City of New York__ resides at __120 precinct__

    Defendant _____, resides at _____

II.   The jurisdiction of the Court is invoked pursuant to __Federal__

III.   Statement of Claim. [give a clear and concise statement of facts: where the claim arose, the date of each relevant event, a description of what occurred and how each defendant named was involved in the claim] For false arrest, Along with all charges of humiliation. Withheld over 60 hrs of medical treatment. Discrimination in preference of considering the other person whom was caucasian that was already in hand cuffs. Continue on the other paper.

IV.   Remedy. State what relief, such as money damages, you seek from each defendant. Would like a compensation of $1,000,000. Along with the transfer of the officers involved.

__10/14/13__
Date

__Moises Vargas Jr.__
Sign Your Name

__(718) 448-3607__
Telephone Number

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
————————————————————— X

Trial by Jury

Moises Vargas Jr Plaintiff,

-against-

City of New York
Defendant.
————————————————————— X

Affirmation of Service

_____CV_____ ( )

I, Moises Vargas, Jr, declare under penalty of perjury that I have served a copy of the attached ~~City of New York~~ Amended #13-CV3188 (SLT)(RML)
upon 100 church steet N.Y, N.Y 10067  Omar J Siddiqi
whose address is: 191 Roff Street, Staten Island, 10304

Dated: 10/14/13
, New York

_Moises Vargas Jr._
Signature

191 Roff Street
Address

New York, Staten Island 10304
City, State, Zip Code